UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                        Case No. 12-58599-PJS

**RICHARD MARTIN LEWISTON,**                 Chapter 7

    Debtor.                                              HON. PHILLIP J. SHEFFERLY
_____/

## UNDISPUTED ELECTION REPORT

Daniel M. McDermott, United States Trustee for Region 9, pursuant to 28 U.S.C. § 586(a)(5) and Rule 2003(d)(2) of the Federal Rules of Bankruptcy Procedure ("F.R.Bankr.P."), and for his report to the Court regarding the undisputed election in the above-referenced matter, states as follows:

### BACKGROUND

1. This matter was filed August 13, 2012 as a voluntary case under Chapter 7 of the United States Bankruptcy Code;

2. Pursuant to 11 U.S.C. § 701 the United States Trustee appointed K. Jin Lim as the interim trustee;

3. On August 13, 2012 the notice for the First Meeting of Creditors was prepared by the Clerk of the Court and transmitted to the Bankruptcy Noticing Center;

4. On August 15, 2012 the Bankruptcy Noticing Center prepared and filed a certificate of mailing which indicated that a total of fifty five (55) notices had been mailed in this case;

5. The date and time indicated in the notice for the First Meeting of Creditors was September 20, 2012 at 9:30 a.m.

## ELECTION REQUEST

6. On or about September 18, 2012 First State Bank of Northwest Arkansas, through its counsel, made a written request for a trustee election by including an electronic copy of its proof of claim in the amount of $11,077,0543.24, indicating that it met the requirements of 11 U.S.C. § 702(b).

7. Based on the filed schedules First State Bank of Northwest Arkansas' claim was sufficient to make an election request;

8. On September 20, 2012, Assistant United States Trustee Marion J. Mack, Jr. attended the § 341 creditors meeting and advised the interim trustee and creditors present that an election request had been made by First State Bank of Northwest Arkansas;

9. Appearances were placed on the record and ballots issued to the following 5 creditors:

    a. First State Bank of Northwest Arkansas - $11,077,543.24 unsecured claim (Exhibit #1);

    b. Level One Bank - $1,200,000.00 unsecured claim (Exhibit #2);

    c. Jaffe Raitt Heuer & Weiss - $1,000,000.00 unsecured claim (Exhibit #3)[1];

    d. Multibank - $383,072.00 unsecured claim (Exhibit #4);

    e. Smiths and Richards-Pitt, LLC. - $3,104,000.00 unsecured claim (Exhibit #5);

10. First State Bank of Northwest Arkansas nominated Gene R. Kohut;

11. First State Bank of Northwest Arkansas is the only creditor to have filed a proof of claim at the time the election was held.

---

[1] The ballot filed by Creditor Jaffe Raitt Heuer & Weiss indicates the amount of the claim is "greater than $1 million". A claim has not been filed by Creditor as of the date of this report. Schedule F (Dkt. #40) schedules an undisputed claim to Creditor for an unknown amount. For the purposes of this report in this case it is not necessary for the UST to know with specificity the amount of the claim.

## FACTS AND LAW

12. In accord with the teachings of *In re American Eagle Mfg., Inc*. 231 B.R. 320 (9th Cir. B.A.P. 1999) and *In re Michelex, Ltd.*, 195 B.R. 993 (Bankr. W.D. Mich. 1996), the sheer magnitude of First State Bank of Northwest Arkansas unsecured claim ($11,077,543.24), in light of the total unsecured claims as scheduled by the debtor ($17,564,506.24), satisfies the requirements of 11 U.S.C.§702 for the purpose of making determinations regarding the election request and election results;

13. Pursuant to 11 U.S.C. §702(c) First State Bank of Northwest Arkansas, Gene R. Kohut, is the duly elected trustee. Mr. Kohut's office address is: 21 Kercheval Ave, Suite 285, Grosse Pointe Farms, MI 48236. His telephone number is: 313.886.9765. His email address is: gene@gktrustee.com.

          Respectfully submitted,

          **DANIEL M. McDERMOTT**
          **UNITED STATES TRUSTEE**
          Region 9

    By    /s/ Kelley Callard (P68537)
          Kelley.Callard@usdoj.gov
          Trial Attorney
          Office of the U.S. Trustee
          211 West Fort St - Suite 700
          Detroit, Michigan 48226
          (313) 226-6773

Dated: September 20, 2012

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 12-58599-PJS

**RICHARD MARTIN LEWISTON,**  Chapter 7

    Debtor.  HON. PHILLIP J. SHEFFERLY
_____/

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit 1 | Election Ballot – First State Bank of Northwest Arkansas |
| Exhibit 2 | Election Ballot – Level One Bank |
| Exhibit 3 | Election Ballot – Jaffe Raitt Heuer & Weiss |
| Exhibit 4 | Election Ballot – Multibank |
| Exhibit 5 | Election Ballot – Smiths and Richards-Pitt, LLC |
| Exhibit 6 | Sign in sheet for creditors attending 341 Meeting of Creditors |

## ELECTION BALLOT

*In re: Richard Martin Lewiston*
*Chapter 7 Case No. 12-58599*
*Hon. Phillip J. Shefferly*

I cast my vote for ___Gene R. Kohut___ to serve as the permanent trustee in the above-referenced case. The amount of my claim is ___$11,077,543.24___

Creditor – First State Bank of Northwest Arkansas

Submitted by:

___[signature]___
Signature

Printed Name: ___David Dragich___

Title: ___Attorney for above-referenced creditor___

Date: ___9-20-12___

**EXHIBIT 1**

# ELECTION BALLOT

*In re: Richard Martin Lewiston*
*Chapter 7 Case No. 12-58599*
*Hon. Phillip J. Shefferly*

I cast my vote for ___GENE KOHUT___ to serve as the permanent trustee in the above-referenced case. The amount of my claim is ___$1,200,000. (appx.)___.

Submitted by:

___[signature]___
Signature

Printed Name: ___John T. Below___

Title: ___Counsel for Level One Bank___

Date: ___9-20-12___

**EXHIBIT 2**

# ELECTION BALLOT

*In re: Richard Martin Lewiston*
*Chapter 7 Case No. 12-58599*
*Hon. Phillip J. Shefferly*

I cast my vote for __Mr. Kohut__ to serve as the permanent trustee in the above-referenced case. The amount of my claim is __greater than 1 million__.

Submitted by:

_____ Signature
Luke P Rovnkink (?)

Printed Name: _____

Title: __Attorney for Jaffe Raitt Heur & Weiss__

Date: __9-20-2012__

**EXHIBIT 3**

# ELECTION BALLOT

*In re: Richard Martin Lewiston*
*Chapter 7 Case No. 12-58599*
*Hon. Phillip J. Shefferly*

I cast my vote for ___Gene Kohut___ to serve as the permanent trustee in the above-referenced case. The amount of my claim is ___$383,072___.

Submitted by: ___[signature]___
Signature

Printed Name: ___Eric Schetbue___

Title: ___Atty for Multibank, Creditor___

Date: _____

**EXHIBIT 4**

## ELECTION BALLOT

*In re: Richard Martin Lewiston*
*Chapter 7 Case No. 12-58599*
*Hon. Phillip J. Shefferly*

I cast my vote for ___K. Jin Lim___ to serve as the permanent trustee in

the above-referenced case. The amount of my claim is _____.

        Smiths        $1.5M
        Richards-Pitt, LLC  $1,604,000

Submitted by:

___Daniel E. Harold___
Signature

Printed Name: ___Daniel E. Harold___

Title: ___Counsel___

Date: ___9/20/12___

# CREDITORS ATTENDING § 341 MEETING OF CREDITORS

Case Name: Richard Martin Lewiston

Case Number: 12-58599

***

Name of Individual: First State Bank of North West Arkansas
Company Name: David Pragich, Attorney, Harrington Pragich PLC
Address: 21043 Mack Avenue, Grosse Pointe Woods, MI 48236

Phone Number: (313) 886-4550

***

Name of Individual: Level One Bank / Creditor
Company Name: John T. Below, Attorney for Creditor, Kotz Sangster Wysocki PC
Address: 400 Renaissance Center, #3400, Detroit, MI.

Phone Number: (313) 259-8597

***

Name of Individual: MULTIBANK 2009-RES-ADC VENTURE, LLC / CREDITOR
Company Name: ERIC SCHEIBLE, Attorney, Frasco Caponigro Wineman & Scheible
Address: 1668 Telegraph, Suite 200, Bloomfield Hills, MI 48302

Phone Number: (248) 334-6767

***

Name of Individual: Larry Rukkinn
Company Name: Jaffe Raitt Heuer & Weiss
Address: 27777 Franklin Rd, Southfield, MI

Phone Number: (248) 727-1444

***

Name of Individual:
Company Name:
Address:

Phone Number: ( )

***

Name of Individual:
Company Name:
Address:

Phone Number: ( )

***

# CREDITORS ATTENDING § 341 MEETING OF CREDITORS

Case Name: Richard Martin Lewiston

Case Number: 12-58599

******************************************************************************

Name of Individual: Smiths, Spizizens, Shapiros, Pitt, Richards (and affiliated companies of all)
Company Name: c/o Morganroth & Morganroth, PLLC
Address: 344 N. Old Woodward Ave., Suite 200, Birmingham, MI 48009

Phone Number: (248) 864-4000

******************************************************************************

Name of Individual:
Company Name:
Address:

Phone Number: (    )
******************************************************************************

Name of Individual:
Company Name:
Address:

Phone Number: (    )
******************************************************************************

Name of Individual:
Company Name:
Address:

Phone Number: (    )
******************************************************************************

Name of Individual:
Company Name:
Address:

Phone Number: (    )
******************************************************************************

Name of Individual:
Company Name:
Address:

Phone Number: (    )
******************************************************************************

**EXHIBIT 6**