# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

RICHARD M. LEWISTON,

    Debtor.
_____/

Case No. 12-58599
Chapter 7
Honorable Phillip J. Shefferly

## ORDER DENYING WITHOUT PREJUDICE INTERIM TRUSTEE'S APPLICATION TO RETAIN COUNSEL DUE TO MOOTNESS

Jaffe Raitt Heuer & Weiss, P.C., filed an ex parte motion requesting the relief set forth herein, and after such notice and hearing as the Court deems appropriate,

NOW, THEREFORE IT IS HEREBY ORDERED that the interim Chapter 7 Trustee's application to employ Wallace M. Handler as counsel (DN 45) is denied without prejudice because it is now moot.

**Signed on September 21, 2012**

                                      **/s/ Phillip J. Shefferly**
                                      **Phillip J. Shefferly**
                                      **United States Bankruptcy Judge**